1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE WOODS, | ) | 1:07-cv-0060 AWI SMS HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING IN FORMA PAUPERIS |
| v. | ) | STATUS |
| | ) | |
| K. MENDOZA-POWERS, Warden, | ) | |
| Respondent. | ) | |

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.   The petition was originally filed on December 18, 2006, in the United States District Court for the Central District of California.  It was ordered transferred to the Fresno Division on December 26, 2006, and received in this Court on January 11, 2007.

        Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:    February 14, 2007**                        **/s/ Sandra M. Snyder**
23ehd0                                                    UNITED STATES MAGISTRATE JUDGE