# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RONNIE WOODS,                                 1:07-CV-00060 AWI SMS HC

               Petitioner,            ORDER DIRECTING PETITIONER TO
                                              LODGE DOCUMENTS

    v.                                      ORDER SUSPENDING ORDER TO RESPOND
                                              [Doc. #5]
K. MENDOZA-POWERS, Warden,

               Respondent.
_____/

       Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Rich Pfeiffer, Esq.

       On February 20, 2007, the Court issued an order directing Respondent to submit a response to the petition. It has since come to the Court's attention that Petitioner referenced a number of documents in his petition; however, none of these documents were lodged by Petitioner with his petition.

       Accordingly, it is HEREBY ORDERED:

       1) Petitioner is DIRECTED to submit the documents he references in his petition to the Court and serve copies on Respondent; and

       2) The order directing Respondent to file a response dated February 20, 2007, is SUSPENDED pending Petitioner's submission of his documents.

IT IS SO ORDERED.

**Dated:**   __**March 5, 2007**__          _____/s/ **Sandra M. Snyder**_____
icido3                                      UNITED STATES MAGISTRATE JUDGE