UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE WOODS, | ) | 1:07-CV-00060 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #7] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| K. MENDOZA-POWERS, Warden, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |
| | ) | |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this action by Rich Pfeiffer, Esq.

    On May 30, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for failure to comply with a court order. Specifically, Petitioner failed to comply with the Magistrate Judge's order of March 5, 2007, which directed Petitioner to file the supporting documents he referenced in his petition. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days. Over thirty (30) days have passed and no party has filed objections.

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 30, 2007, is ADOPTED IN FULL;

2. The petition for writ of habeas corpus is DISMISSED; and

3. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:    August 28, 2007**                    /s/ Anthony W. Ishii
                                                         UNITED STATES DISTRICT JUDGE